IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| KAREN BATTLE | : | NO. 08-442-3 |

**O R D E R**

AND NOW, this 8th day of February, 2010, upon consideration of Defendant Karen Battle's Motion For Judgment of Acquittal or New Trial (Doc. No. 214) and the Government's response to the motion, and following oral argument held on January 26, 2010, it is ORDERED that pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure, the Motion is DENIED.

BY THE COURT:

/s/ Gene E.K. Pratter
Gene E.K. Pratter
*United States District Judge*